# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA–EASTERN DIVISION**

| | |
|---|---|
| RANDY ZANE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: **EDCV 01-472VAP(SGLx)**]<br><br>[Consolidated with Case No. EDCV 02-00852 VAP (SGLx)]<br><br>**JUDGMENT** |

By order dated April 13, 2010, this Court granted defendant The Paul Revere Life Insurance Company's ("Paul Revere") motion for summary judgment or, in the alternative, partial summary judgment filed March 15, 2010 (the "Motion") in the above-referenced consolidated actions.

The Court's decision to grant the Motion left nothing further to be decided in Case No. EDCV 02-00852 VAP (SGLx) and resolved all claims and counterclaims in Case No. EDCV 01-472 VAP(SGLx) with the exception of Paul Revere's counterclaim for Insurance Fraud (third claim for relief) alleged in its Counterclaim filed August 3, 2001.  Based on the parties' stipulation, the Court has now dismissed without prejudice Paul Revere's counterclaim for Insurance Fraud in Case No. EDCV 01-472 VAP (SGLx).

Having no further issues remaining for the Court decide, and consistent with the Court's April 13, 2010 order granting the Motion, IT IS HEREBY ORDERED that plaintiff Randy Zane ("Zane") take nothing by way of his complaints in the consolidated actions, that the actions be dismissed on the merits, and that judgment be entered in favor of Paul Revere forthwith.

IT IS FURTHER ORDERED that Paul Revere shall recover its costs and that Zane shall pay Paul Revere the amount of $63,268.33 plus interest at the legal rate.

Dated: _May 26, 2010_____        _____
                                        VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE

-1-

1 **Respectfully Submitted By**:
Andrew S. Williams (177926)
2 awilliams@bargerwolen.com
Vivian I. Orlando (213833)
3 vorlando@bargerwolen.com
BARGER & WOLEN LLP
4 633 West Fifth Street, 47th Floor
Los Angeles, California  90071
5 Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399
6 Attorneys for Defendant and Counter-Claimant
The Paul Revere Life Insurance Company

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28